York, Respondent.— Writ annulled, and determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

JOHN J. RALPH, Respondent, v. THEODORE G. CLARKE and EDWARD L. FROST, Appellants, Impleaded with WILLIAM F. WYCKOFF, Defendant.— Interlocutory judgment and order affirmed, with costs, upon the ground that the defense to which the plaintiff demurred does not state any new matter constituting a defense, and, therefore, is insufficient in law upon the face thereof. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

EMMA RAUB and Others, Respondents, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

JOHN J. RYAN, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

SOLON PALMER, INC., Appellant, v. MORGAN DRUG COMPANY OF THE CITY OF BROOKLYN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

JOHN WANAMAKER, NEW YORK, INC., and Another, Respondents, v. OTIS . ELEVATOR COMPANY, Appellant. (Action No. 1.) — Judgment unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

JOHN WANAMAKER, NEW YORK, INC., and Another, Respondents, v. OTIS ELEVATOR COMPANY, Appellant. (Action No. 2.) — Judgment unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

JOHN WANAMAKER, NEW YORK, INC., Respondent, v. OTIS ELEVATOR COMPANY, Appellant. (Action No. 3.) — Judgment unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of CHARLES NEAL BARNEY for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of HENRY C. BERLIN for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of HORACE W. DAVIS for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of JAMES RICHARD LeGALLEZ for Admission to the Bar. (From the State of Louisiana.) — Application granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

HARLEY BEALL, Appellant, v. ROYAL S. HAYNES, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal